UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-02167-SPG-E | Date | November 27, 2023 |
|---|---|---|---|
| Title | Parvin Farrahi v. Rena Bitter et al | | |

Present: The Honorable **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution by December 14, 2023. *See Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

On September 22, 2023, the Court granted defendant's motion to dismiss with prejudice as to Defendant Mayorkas, and without prejudice as to the remaining claims and defendants. The docket reflects that Plaintiff is not actively pursuing this matter. Plaintiff can satisfy this order by pursuing this matter and filing the necessary pleading or a notice of dismissal in compliance to Fed. R. Civ. R. 41 by December 14, 2023.

**IT IS SO ORDERED**.

: 

Initials of Preparer    pg

Page **1** of **1**